No. 89–7634. McKenna *v.* Nevada. Sup. Ct. Nev.;
No. 90–5047. Bennett *v.* Nevada. Sup. Ct. Nev.;
No. 90–5101. Porter *v.* Pennsylvania. Sup. Ct. Pa.; and
No. 90–5403. Herrera *v.* Collins, Director, Texas Department of Criminal Justice. C. A. 5th Cir. Certiorari denied. Reported below: No. 89–7634, 106 Nev. 1032; No. 90–5047,

106 Nev. 135, 787 P. 2d 797; No. 90–5101, 524 Pa. 162, 569 A. 2d 942; No. 90–5403, 904 F. 2d 944.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.